**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Devin Andrich, | No. CV-17-00173-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Dusek, | |
| Defendant. | |

    Pending before the Court is Plaintiff Devin Andrich's Motion for Issuance of Trial Subpoena for Rose-Marie Cook. (Doc. 394.) In light of the upcoming trial date of April 29, 2022, the Court grants Plaintiff's request for expedited consideration of the Motion.

    On December 8, 2021, the Court granted a prior Motion seeking issuance of a trial subpoena for Rose-Marie Cook. (Doc. 360.) However, the last-known address provided by Defendant for Rose-Marie Cook was a P.O. box at which the U.S. Marshal could not execute service. (Doc. 389.) Plaintiff has now located, through a public record search, a residential address for Rose-Marie Cook. (Doc. 394; *see also* Doc. 395.)

    Good cause appearing, and based on the reasoning of the Court's prior Order (Doc. 360),

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that Plaintiff's Motion for Issuance of Trial Subpoena for Rose-Marie Cook (Doc. 394) is **granted**. The Clerk of Court is directed to issue the proposed trial subpoenas for Rose-Marie Cook (*see* Doc. 395). Plaintiff is responsible for serving the subpoenas pursuant to the requirements of Federal Rule of Civil Procedure 45(b).

Dated this 23rd day of March, 2022.

Honorable Rosemary Márquez
United States District Judge